UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**MICHELLE MOLA**, individually on behalf of herself and other similiarly situated,

Plaintiff,

v.

CASE NO.: 9:17-CV-80125-RLR

**JURY DEMAND**

**RDCW2, INC**., d/b/a Rubber Ducky Car Wash and Detail Center, et al and **PAOLO A. WESTON**, individually

Defendants.
_______________________________________/

**NOTICE OF ENTRY OF PARTIES**

Plaintiff, TIMOTHY WALLACE, on behalf of herself and those similarly situated, gives notice of the entry of JAMES COLE, MICHELLE FIELDS, VINCENT GELINDON, DUSTY HARRIS, GAVLYN HOOKS, WALTER SIMMONS, RICHARD TEDESCO, ROBERT THOMAS, and DAVID WELSH, additional opt-in Plaintiffs in the instant case. Plaintiff hereby requests that JAMES COLE, MICHELLE FIELDS, VINCENT GELINDON, DUSTY HARRIS, GAVLYN HOOKS, WALTER SIMMONS, RICHARD TEDESCO, ROBERT THOMAS, and DAVID WELSH be added to the docket as an additional party.

DATED this **6th** day of February, 2017.

Respectfully submitted,
*/s/Michael N. Hanna*
Michael N. Hanna, Esq.
Florida Bar. No 85035
Morgan & Morgan, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile: (954) 327-3016
Email: MHanna@forthepeople.com
***Trial Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.

**s/ *Michael N. Hanna***
Michael N. Hanna, Esquire